# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Wesley Q. Baker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00107-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Cody D. Reid, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2022 Order.

June 22, 2022

_____
Frank G. Johns, Clerk